## Fred Pierce, Appellee, v. Village of North Utica, Appellant.

### Gen. No. 6,294. (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed August 10, 1916.

### Statement of the Case.

Action by Fred Pierce, plaintiff, against Village of North Utica, defendant, on a contract for services. From a judgment for plaintiff, defendant appeals.

The defendant contracted to pay the plaintiff three dollars a day to take charge of one afflicted with small-pox, who was confined in a house in the village.

The house was quarantined and a police officer brought food to plaintiff and the patient. The plaintiff took charge of the food and remained in the house, making sure of the desired end that no one should be permitted to come in contact with the sick man.

Melville W. Clark, for appellant.

W. A. Panneck, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

### Abstract of the Decision.

Municipal corporations, § 158*—*when power to make contract for nursing.* A village has the power to make a valid contract with one to act as attendant upon a smallpox patient and to make his quarantine effective.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.